FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB 09 2011

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

| | |
|---|---|
| THE ESTATE OF CLEM STEPHEN COLLINS, by and though Co-Administrators KALI JANE COLLINS and TAMI KAY COLLINS, on behalf of Decedent's heirs, | |
| | Case No. 10-CV-35-F |
| Plaintiffs, | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

---

## ORDER ON MOTIONS IN LIMINE

---

This matter is before the Court on the Plaintiff's Motion to Strike/Exclude Testimony of Defendant's Proposed Witness Vera Dolan, Defendant's Motion to Strike Affidavit of Robert M. Shavelle and the parties' motions in limine. Upon reading the parties' written submissions, hearing oral arguments and being fully advised in the premises, the Court **FINDS** and **ORDERS** as follows:

1.      Plaintiff's Motion to Exclude Testimony of Vera Dolan is **DENIED**. At trial, Plaintiff may voir dire Ms. Dolan to determine the basis for her opinion and may question

Ms. Dolan regarding the scientific methodology behind her opinions. Plaintiff will have the opportunity to renew its objections at trial.

2.    Defendant's Motion to Strike Affidavit of Robert M. Shavelle is **DENIED.**

3.    Defendant's Motion in Limine to Exclude Evidence of Verdicts, Judgments or Awards from Other Cases is **GRANTED**.

4.    Plaintiff's Motion in Limine to Exclude Late Discovery Case Materials is **DENIED** as **MOOT** based on the Court's ruling on Defendant's Motion to Exclude Evidence of Verdicts, Judgments or Awards from other cases.

5.    Plaintiff's Motion In Limine to Exclude Evidence of Unrelated Traffic Tickets Citation and Accident Evidence is **GRANTED IN PART** and **DENIED IN PART**. Defendant may introduce evidence of behavior and activities of Mr. Collins. However, Defendant may not introduce evidence of citations or convictions for traffic violations.

6.    Plaintiff's Motion In Limine Regarding Undesignated Expert Testimony is **DENIED IN PART** and the Court reserves ruling on the remainder of the motion until trial. If Plaintiff elicits testimony from Trooper Ramsey on causative factors, then Defendant may cross examine Trooper Ramsey as to other causative factors, if any. If Plaintiff elicits testimony regarding the working condition of Mr. Collins' motorcycle, then Defendant may cross examine Plaintiff's witness testifying on the motorcycle's condition as to other working

conditions of the motorcycle.

The Court will reserve ruling on the remainder of the motion until the matters at issue in the motion arise at trial.

7.      Plaintiff's Motion in Limine to Exclude Clem Collin's Medical Records is **GRANTED**. The Court finds that these records are cumulative and irrelevant .

The Court reserves the right to change any of these rulings subject to renewed objections and/or motions.

Dated this ___9th___ day of February, 2011.

NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE

3